IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Clinkscales, Calvin J | Case Number: 08 B 08578 |
|---|---|---|
|  | Clinkscales, Caterina E | Judge: Hollis, Pamela S |
|  | Printed: 10/29/08 | Filed: 4/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,200.00 |  |
| Secured: |  | 620.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,303.46 |
| Trustee Fee: |  | 276.54 |
| Other Funds: |  | 0.00 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 3,303.46 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 675.00 | 0.00 |
| 6. | Corporate America Family CU | Secured | 21,700.00 | 620.00 |
| 7. | Cook County Treasurer | Secured | 2,475.00 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 22,258.00 | 0.00 |
| 9. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 10. | Internal Revenue Service | Priority | 27,767.42 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | 21,092.99 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 143.31 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 53.17 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 25.56 | 0.00 |
| 15. | Discover Financial Services | Unsecured | 651.39 | 0.00 |
| 16. | Corporate America Family CU | Unsecured | 693.08 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 684.69 | 0.00 |
| 18. | Corporate America Family CU | Unsecured | 1,579.26 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 1,199.72 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 13.38 | 0.00 |
| 21. | Fairlane Credit L.L.C. | Unsecured | 1,194.60 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 328.13 | 0.00 |
| 23. | World Financial Network Nat'l | Unsecured | 158.84 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 742.26 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 112.18 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 607.32 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Clinkscales, Calvin J | Case Number: 08 B 08578 |
|---|---|---|
| | Clinkscales, Caterina E | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 4/9/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Vrdolyak Law Group | Unsecured | 3,065.35 | 0.00 |
| 28. | Peoples Energy Corp | Unsecured | 158.69 | 0.00 |
| 29. | Resurgent Capital Services | Unsecured | 859.95 | 0.00 |
| 30. | Resurgent Capital Services | Unsecured | 122.99 | 0.00 |
| 31. | Resurgent Capital Services | Unsecured | 69.02 | 0.00 |
| 32. | World Financial Network Nat'l | Unsecured | 158.84 | 0.00 |
| 33. | City Of Chicago | Unsecured | 4.53 | 0.00 |
| 34. | Sunrise Credit Services, Inc. | Unsecured | 51.63 | 0.00 |
| 35. | Resurgent Capital Services | Unsecured | 101.73 | 0.00 |
| 36. | Truck Financial Corp | Unsecured | 802.81 | 0.00 |
| 37. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 38. | Internal Revenue Service | Unsecured | 1,402.49 | 0.00 |
| 39. | ECast Settlement Corp | Unsecured | 83.23 | 0.00 |
| 40. | Portfolio Recovery Associates | Unsecured | 273.12 | 0.00 |
| 41. | TCF Bank | Secured | | No Claim Filed |
| 42. | TCF Bank | Secured | | No Claim Filed |
| 43. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 44. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 45. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 46. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 47. | Beta Finance Co | Unsecured | | No Claim Filed |
| 48. | Associated Pathology Consultants | Unsecured | | No Claim Filed |
| 49. | Associated Credit | Unsecured | | No Claim Filed |
| 50. | Equinox International | Unsecured | | No Claim Filed |
| 51. | Gerber Life Insurance | Unsecured | | No Claim Filed |
| 52. | Collection Bureau Of America | Unsecured | | No Claim Filed |
| 53. | FMS Inc | Unsecured | | No Claim Filed |
| 54. | Credit Collections Services | Unsecured | | No Claim Filed |
| 55. | Collection Services Division | Unsecured | | No Claim Filed |
| 56. | Midlake Medical Corp | Unsecured | | No Claim Filed |
| 57. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 58. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 59. | Professional Account Management | Unsecured | | No Claim Filed |
| 60. | Professional Account Management | Unsecured | | No Claim Filed |
| 61. | Village of Oak Park | Unsecured | | No Claim Filed |
| 62. | Pediatric Faculty Foundation I | Unsecured | | No Claim Filed |
| 63. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 64. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 65. | RMI/MCSI | Unsecured | | No Claim Filed |
| 66. | University of Illinois | Unsecured | | No Claim Filed |
| 67. | Rush Medical Center | Unsecured | | No Claim Filed |
| 68. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |
| 69. | State Collection Service | Unsecured | | No Claim Filed |
| 70. | State Collection Service | Unsecured | | No Claim Filed |
| 71. | Village of Norridge | Unsecured | | No Claim Filed |
| 72. | ICS | Unsecured | | No Claim Filed |
| | | | $ 114,808.68 | $ 3,923.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Clinkscales, Calvin J          Case Number:  08 B 08578
Clinkscales, Caterina E          Judge:  Hollis, Pamela S
Printed: 10/29/08                 Filed:  4/9/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 43.10 |
| 6.6% | 233.44 |
|  | $ 276.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

